UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ARTHUR VINCENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:20-CV-573-D** |
| BAKER MOTORSPORTS, and | ) | |
| PERFORMANCE FINANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**  This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. l], DENIES plaintiff's motion for default judgment [D.E. 6], DISMISSES as moot defendant's motion to dismiss [D.E.10], DISMISSES as moot plaintiff's motions to strike [D.E.12, 13], OVERRULES plaintiff's objections to the M&R [D.E. 16], ADOPTS the conclusions in the M&R [D.E. 14], and DISMISSES plaintiff's complaint for lack of subject-matter jurisdiction. Plaintiff must seek relief in state court.


**This Judgment Filed and Entered on July 20, 2021, and Copies To:**

| | |
|---|---|
| Arthut Vincent | (Sent to 5804 B Chason Ridge Dr. Fayetteville, NC 28314 via US Mail) |
| | |
| Timothy C. Smith, Jr. | (via CM/ECF electronic notification) |


| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| July 20, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |